UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-CR-241-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COVIA LAVELL SHERRILL, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion to Extend Time in Which to File Motions (Document #10) filed by the Defendant, Covia Lavell Sherrill, on February 1, 2008. In the motion, the Defendant requests a short extension of seven (7) days, to and including February 10, 2008, for the filing of pretrial motions in this matter. For good cause shown, the Court will **GRANT** the motion.

**IT IS THEREFORE ORDERED** that the Defendant's Motion to Extend Time in Which to File Motions is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the new deadline by which the Defendant must file pretrial motions shall be **February 10, 2008**.

Signed: February 4, 2008

David C. Keesler
United States Magistrate Judge